1  David A. Linn #71693
   Linn & Blate
2  P.O. Box 2347
   Oakhurst, CA 93644
3  (559) 683-7333

4  Attorneys for Defendant

5                    UNITED STATES DISTRICT COURT

6                    EASTERN DISTRICT OF CALIFORNIA

7

8  UNITED STATES OF AMERICA,           )   CASE NO. 6:09-mj-00089-WMW
                                       )
                    Plaintiff,         )   STIPULATION AND ORDER
9                                      )   TO CONTINUE
   vs.                                 )
10                                     )
   TIMOTHY FENNELLY,                   )
11                                     )
                    Defendant.         )
12                                     )

13      IT IS HEREBY STIPULATED AND AGREED between the parties and through their

14 attorneys of record, that the Review Hearing in the above referenced matter scheduled for July 13,

15 2010 at 10:00 a.m., be continued to August 10, 2010 at 10:00a.m.

16

17

18 Dated: July 12, 2010
                                           _____
19                                         Susan St. Vincente, Government Counsel
                                           Yosemite Legal Office
20

21
   Dated: July 12, 2010
22                                         _____
                                           David A. Linn, Attorney for Defendant
23

24

25
   IT IS SO ORDERED:
26                                         _____
                                           U.S. MAGISTRATE COURT JUDGE
27

28