1  Susan St. Vincent
   Acting Legal Officer
2  NATIONAL PARK SERVICE
   Law Enforcement Office
3  P.O. Box 517
   Yosemite, California 95389
4  Telephone: 209-372-0243 1

5

6
                  UNITED STATES DISTRICT COURT
7
                   EASTERN DISTRICT OF CALIFORNIA
8

9  UNITED STATES GOVERNMENT,    )    CASE NUMBER:6:09-mj-0089-MJS
                                )
10          Plaintiff            )
                                )    Stipulation to vacate
11     vs.                       )    review hearing, set a
                                )    review hearing date; and
12                               )    Order thereon
   TIMOTHY P. FENNELLY,          )
13                               )
            Defendant            )
14 _____)

15

16     The defendant having provided proof of compliance with

17 conditions of probation to date including attendance in an

18 alcohol treatment program and payment of the fine, IT IS HEREBY

19 STIPULATED by and between Susan St. Vincent, acting Legal Officer

20 for the National Park Service and Defendant, Timothy P. Fennelly,

21 and his Attorney of record, David A. Linn, that the review

22 hearing in the above-captioned matter currently scheduled for

23 August 10,2010, be vacated and a review hearing set for December

24 7, 2011.

25

26 Dated: August 1, 2010           By:  /S/ Susan St. Vincent
                                        SUSAN ST. VINCENT
27                                      Acting Legal Officer for
                                        National Park Service
28

                                    1

```
Dated: August 2, 2010          By:  /S/ David A. Linn
                                    David A. Linn
                                    Attorney for Defendant
                                    TIMOTHY P. FENNELLY
```

### * * * ORDER * * *

The Court, having reviewed the above request to vacate the review hearing currently set for August 10, 2010 and set a new review hearing date for December 7, 2011, HEREBY ORDERS AS FOLLOWS:

1. The review hearing in the matter of U.S. v. Fennelly, currently set for August 10, 2010 is vacated.
2. A review hearing is scheduled for December 7, 2011.

IT IS SO ORDERED.

Dated:   August 5, 2010              /s/ *Michael J. Seng*
                                  UNITED STATES MAGISTRATE JUDGE